COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause number:      01-15-00544-CV

Style:      Terry Neff and Iron Workers Mid-South Pension Fund v.

v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard,

Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, and Bruce M. Martin

Date motions filed[*]:      October 5, 2015

Type of motions:      Unopposed Motion for Admission *Pro Hac Vice* of Peter A. Wald and

Unopposed Motion in Support of Peter A. Wald's Unopposed Motion for Admission *Pro Hac Vice*

Party filing motions:      Weatherford International Ltd. and Peter A. Wald, and

Rebecca N. Brandt, Counsel for Weatherford International Ltd.

Document to be filed:

If motion to extend time:
      Original due date:
      Number of previous extensions granted:      Current Due date:
      Date Requested:

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed

    ☐    Other: _____

.

Judge's signature:  /s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of  _____

Date:  October 15, 2015